1  JOHN HENRY WRIGHT, ESQ.
   Nevada Bar No. 6182
2  **THE WRIGHT LAW GROUP, P.C.**
   2340 Paseo Del Prado, Suite D-305
3  Las Vegas, Nevada 89102
   Telephone: (702) 405-0001
4  Facsimile:  (702) 405-8454
   Email: john@wrightlawgroupnv.com
5
   *Attorney for Plaintiff*
6  *TRP FUND IV, LLC*

7               **UNITED STATES DISTRICT COURT**

8                      **DISTRICT OF NEVADA**



| | |
|---|---|
| TRP FUND IV, LLC, a Nevada Limited Liability Company, | CASE NO: 2:22-cv-00326-EJY |
| Plaintiff, | |
| vs. | |
| SABLES, LLC, a Nevada Limited Liability Company; NEWREZ LLC dba SHELLPOINT MORTGAGE CORPORATION, a Delaware Limited Liability Company registered with the Nevada Secretary of State; DOES I through X and ROE BUSINESS ENTITIES I through X inclusive, | |
| Defendants, | |

### SUBSTITUTION OF ATTORNEYS

JOSEPH Y. HONG, ESQ., of HONG & HONG, Attorney of Record for the above-named Plaintiff, TRP FUND IV, LLC, does hereby consent to the substitution of JOHN HENRY WRIGHT ESQ., of THE WRIGHT LAW GROUP, P.C., as attorney, for the Plaintiff, in the above-entitled matter in his place and stead.

DATED this 25th day of February, 2022.

                                        HONG & HONG

                                        /s/ *Joseph Y. Hong, Esq.*
                                        JOSEPH Y. HONG, ESQ.
                                        Nevada Bar No. 5995
                                        10781 w. Twain Ave.
                                        Las Vegas, Nevada 89135

**THE WRIGHT LAW GROUP P.C.**
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Tel: (702) 405-0001 Fax: (702) 405-8454

JOHN HENRY WRIGHT, ESQ., does hereby agree to be substituted in the place of JOSEPH Y. HONG, ESQ, as attorney for TRP FUND IV, LLC, in the above-entitled matter.

DATED this 25th day of February, 2022.

**THE WRIGHT LAW GROUP, P.C.**

/s/ *John H. Wright, Esq.*
JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102

*Attorney for Plaintiff*
*TRP FUND IV, LLC*

ALEXANDER PHILIPS does hereby agree to the substitution of JOSEPH Y. HONG, ESQ., as attorney of record for, TRP FUND IV, LLC., in the above entitled matter in the place and stead of JOHN HENRY WRIGHT, ESQ.

DATED this 25th day of February, 2022.

/s/ *Gahtlin Banks*
GAHTLIN BANKS an authorized Manager
TRP FUND IV, LLC

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: February 28, 2022