NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing, erroneously sued as NewRez LLC dba Shellpoint Mortgage Corporation*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE STATE OF NEVADA**

| | |
|---|---|
| TRP FUND IV, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SABLES, LLC a Nevada limited liability company; NEWREZ LLC dba Shellpoint Mortgage Corporation, a Delaware limited liability company registered with the Nevada Secretary of State; DOES individuals I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00326-EJY ~~-TRP~~<br><br>**STIPULATION AND ORDER TO REMAND** |

NewRez LLC dba Shellpoint Mortgage Servicing, erroneously sued as NewRez LLC dba Shellpoint Mortgage Corporation, Sables, LLC, and TRP Fund IV, LLC (collectively, the parties) jointly stipulate and request that this action be remanded to the Eighth Judicial District Court, Clark County, Nevada. Following removal, TRP Fund IV confirmed that it has members in California, rendering this action non-diverse as such removal was inappropriate and remand is necessary.

. . .

. . .

. . .

Each party shall bear their own fees and costs related to the removal.

DATED March 9, 2022.

| **THE WRIGHT LAW GROUP, P.C.**<br><br>By: /s/ *John Henry Wright*<br>JOHN HENRY WRIGHT, ESQ.<br>Nevada Bar No. 6182<br>2340 Paseo Del Prado, Suite D-305<br>Las Vegas, Nevada 89102<br><br>*Attorneys for TRP Fund IV, LLC* | **AKERMAN LLP**<br><br>By: /s/ *Nicholas E. Belay*<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys NewRez LLC dba Shellpoint Mortgage Servicing, erroneously sued as NewRez LLC dba Shellpoint Mortgage Corporation* |
|---|---|
| **ZBS LAW, LLP**<br><br>By: */s/ Shadd A. Wade*<br>SHADD A. WADE, ESQ.<br>Nevada Bar No. 11310<br>9435 W. Russel Road, Suite 120<br>Las Vegas, Nevada 89148<br><br>*Attorneys for Sables, LLC* | |

**IT IS SO ORDERED**.

**UNITED STATES MAGISTRATE JUDGE**
Case No.: 2:22-cv-00326-EJY

DATED: March 9, 2022





akerman